

May 15, 2017

*Via ECF*

The Honorable Ellen Lipton Hollander
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

Re:   *Nancy F. George v. Massachusetts Mutual Life Insurance Company*
      Civil Action No. ELH-17-1073

Dear Judge Hollander:

Please accept this letter as a status report submitted on behalf of Massachusetts Mutual Life Insurance Company ("MassMutual") in accordance with the scheduling order entered on April 28, 2017 (ECF no. 18).  On May 11, 2017, counsel for MassMutual wrote to Ms. George regarding this status report, but received no response.

   a.   **Referral to Magistrate Judge Generally**:  MassMutual wrote to Ms. George asking for her consent to have all further proceedings conducted by a United States Magistrate Judge.  Given the absence of opposition from Ms. George, MassMutual requests all further proceedings in this action be conducted by a United States Magistrate Judge.

   b.   **Referral for a Settlement Conference**: Given the pending motion for summary judgment, MassMutual believes it would be inappropriate to refer this case for a settlement conference at this time.

   c.   **Other Matters**: MassMutual does not believe there are any other matters that may affect the discovery schedule or that should be brought to the attention of the Court at this time.

Thank you for your consideration of this matter.

Respectfully submitted,

*Bryan D. Bolton*

Bryan D. Bolton

cc:   Nancy F. George (via first-class mail)